PROB 49 (04/14)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extended Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall be confined in the custody of the Bureau of Prisons from 7:00 PM on Friday, April 15, 2016, until 7:00 PM on Sunday, April 17, 2016, for one weekend as directed by the U.S. Probation Officer, and shall comply with the rules of the facility in which confined.**

Witness: *Rebecca S. Burgett*
Rebecca S. Burgett
U.S. Probation Officer

Signed: *Daniel Williams Sr.*
Daniel Williams
Probationer or Supervised Releasee

April 4, 2016
Date